*E-FILED - 3/4/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | CASE NO. C08-04705 RMW<br><br>[] ORDER GRANTING STIPULATION AND JOINT REQUEST TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE |

Having reviewed the parties' Stipulation and Joint Request to Extend Initial Case Management Conference and good cause appearing,

**IT IS ORDERED** that the Stipulation and Joint Request is **granted**.

**FURTHER ORDERED** that the CMC is continued from March 6, 2009 to April 10, 2009.

Date: ___3/4_____, 2009

*Ronald M. Whyte*
**RONALD M. WHYTE**
**UNITED STATES DISTRICT JUDGE**