*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>        Defendant. | CASE NO. C08-04705 RMW<br><br>**[] ORDER GRANTING STIPULATION OF DISMISSAL AND DISMISSING CASE WITH PREJUDICE** |

     Pursuant to the stipulation of the parties, filed herein, **IT IS ORDERED** that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, each party to bear its own respective costs and attorneys fees.

     **IT IS SO ORDERED.**

DATED: June 23, 2010

_Ronald M. Whyte_
_____
**HON. RONALD M. WHYTE**
**U.S. DISTRICT COURT JUDGE**